UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BAYSHORE TBI, INC.,

        Plaintiff,

v.

        Case No.: 16-14440
        Honorable Gershwin A. Drain

PROGRESSIVE MICHIGAN
INSURANCE COMPANY, a Michigan
Insurance Company,

        Defendants.
_____/

**<u>ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [#8], DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF [#12] AND DENYING WITHOUT PREJUDICE DEFEDANT'S MOTION TO ADJOURN TRIAL [#16]</u>**

On March 22, 2018, the parties appeared before Magistrate Judge Stephanie Dawkins Davis for a settlement conference. A notation on the docket reveals that the parties have placed a settlement on the record and expect to submit a proposed stipulated order of dismissal within thirty days. Accordingly, Defendant's Motion for Summary Judgment [#8], Motion for Leave to File Supplemental Brief [#12] and Motion to Adjourn Trial [#16] are DENIED WITHOUT PREJUDICE.

SO ORDERED.

Dated: March 26, 2018                                /s/Gershwin A. Drain
                                                                    GERSHWIN A. DRAIN
                                                                    United States District Judge


CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
March 26, 2018, by electronic and/or ordinary mail.
/s/ Tanya Bankston
Deputy Clerk